| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | STEVEN D. ATLEE (State Bar No. 151025) |
| 2 | CHRISTINE E. ELLICE (State Bar No. 276181) |
| | CATHERINE A. VEENEMAN (State Bar No. 301574) |
| 3 | 2029 Century Park East |
| | Los Angeles, CA 90067-3086 |
| 4 | Telephone:  310-556-5800 |
| | Facsimile:   310-556-5959 |
| 5 | Email:       *lacalendar@stroock.com* |

Attorneys for Defendants,
  Patient Safety Technologies, Inc. and
  Stryker Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MORELLI, an individual, | Case No. 2:15-CV-04162-PSG-AGR |
| Plaintiff, | Assigned to the Honorable Philip S. Gutierrez |
| vs. | **NOTICE OF CONDITIONAL SETTLEMENT** |
| PATIENT SAFETY TECHNOLOGIES, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation, inclusive, | Date:      August 2, 2016 |
| | Time:      9:00 a.m. |
| Defendants. | Location:  Edward R. Roybal Courthouse |
| | 255 East Temple Street |
| | Courtroom 880 |
| | Los Angeles, CA 90012 |

NOTICE OF CONDITIONAL SETTLEMENT

LA 52002229

**TO THE COURT:**

In accordance with Local Rule 16-15.7, Defendants Patient Safety Technologies, Inc. and Stryker Corporation hereby notify the Court that the above-captioned lawsuit has been settled, subject to the condition that the lien of claimant Tina Geller shall be resolved.[1]

The Parties request 30 days in which to file the dismissal.

Dated: July 28, 2016

STROOCK & STROOCK & LAVAN LLP
STEVEN D. ATLEE
CHRISTINE E. ELLICE
CATHERINE A. VEENEMAN

By: */s/ Steven D. Atlee*
Steven D. Atlee

Attorneys for Defendants,
Patient Safety Technologies, Inc. and Stryker Corporation

---

[1] See Notice of Lien filed by Tina Geller on December 18, 2015 (ECF No. 38).

- 1 -
NOTICE OF CONDITIONAL SETTLEMENT

LA 52002229

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2016, a copy of the foregoing **NOTICE OF CONDITIONAL SETTLEMENT** was filed electronically and served by mail on anyone listed on the Court's docket as unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

　　　　　　　　　　　　　　　　　　　　　*/s/ Steven D. Atlee*
　　　　　　　　　　　　　　　　　　　　　Steven D. Atlee